IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00124REL-01 |
| MARCO A. IBARRA-TADEO, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the government's motion to detain material witness Osvaldo Sanchez-Alcantara pending trial, pursuant to the Bail Reform Act, 18 U.S.C. §3142 and 3144. On July 19, 2005, I held a detention hearing. The parties stipulated to the factual contents of the report of Pretrial Services Officer Susan Pinkerton. Based on the facts in that report, I find by the preponderance of the evidence that Mr. Sanchez-Alcantara poses a serious risk of flight and that no condition or combination of conditions of release will reasonably assure his appearance in court as required. Specifically, I find that Mr. Sanchez-Alcantara is an illegal alien whose presence in court as a material witness is unlikely to be secured by a subpoena.

It is therefore

ORDERED that Mr. Sanchez-Alcantara be committed to the custody of the Attorney General or his authorized representative pending trial. It is further

ORDERED that Mr. Sanchez-Alcantara be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further

1

ORDERED that the Attorney General or his authorized representative ensure that Mr. Sanchez-Alcantara is afforded reasonable opportunity for private consultation with his counsel. It is further

ORDERED that, on order of a court in the Western District of Missouri, the person in charge of the facility where defendant is confined deliver Mr. Sanchez-Alcantara to a United States Marshal for his appearance in connection with a court proceeding.

/s/Robert E. Larsen

ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 19, 2005